FILED
CLERK, U.S. DISTRICT COURT
5/7/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___IV___ DEPUTY

JOSEPH H. HUNT
Assistant Attorney General, Civil Division
ANDY J. MAO
SARA McLEAN
ARTHUR S. DI DIO
Attorneys, Civil Division
United States Department of Justice
Room 7516, Federal Building
300 N. Los Angeles Street
Los Angeles, California 90012
T: 213.894.2447|F: 213.894.7819
Email: arthur.di.dio@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* **[UNDER SEAL]**,<br><br>Plaintiff[s],<br><br>v.<br><br>**[UNDER SEAL]**,<br><br>Defendant[s]. | No. EDCV13-02195 JGB (DTBx)<br><br>NOTICE OF [UNDER SEAL]<br><br>[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]<br><br>[LODGED CONCURRENTLY HEREWITH: [PROPOSED] ORDER] |

JOSEPH H. HUNT
Assistant Attorney General, Civil Division
ANDY J. MAO
SARA McLEAN
ARTHUR S. DI DIO
Attorneys, Civil Division
United States Department of Justice
　　Room 7516, Federal Building
　　300 N. Los Angeles Street
　　Los Angeles, California 90012
　　T: 213.894.2447|F: 213.894.7819
　　Email: arthur.di.dio@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* SYD ACKERMAN,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>WILLIAM M. KELLY, M.D., INC. & OMEGA IMAGING, INC.,<br><br>　　　　Defendants. | No. EDCV13-02195 JGB (DTBx)<br><br>NOTICE OF ELECTION OF THE UNITED STATES TO INTERVENE IN PART AND DECLINE TO INTERVENE IN PART AND STIPULATION RE UNSEALING<br><br>[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]<br><br>[LODGED CONCURRENTLY HEREWITH: [PROPOSED] ORDER] |

Pursuant to the False Claims Act ("FCA"), 31 U.S.C. § 3730(b)(4), the United States of America ("United States") hereby notifies the Court of its decision to intervene in part and decline to intervene in part in this *qui tam* action brought by Relator Syd Ackerman ("Relator").  In his Complaint, the Relator alleges that the Defendants, William M. Kelly, M.D., Inc. and Omega Imaging, Inc., which own and operate 11 outpatient diagnostic imaging facilities in Southern California, and which are owned by Dr. William M. Kelly, violated the FCA by submitting claims to Medicare (1) for certain procedures, including computed tomography ("CT") and magnetic resonance imaging ("MRI") scans involving the administration of intravenous ("IV") contrast materials, that were performed without the requisite physician supervision, (2) for procedures that were performed at unaccredited facilities, and (3) for procedures that were referred by physicians to whom the Defendants paid kickbacks in violation of the federal Anti-Kickback Statute, 42 U.S.C. § 1320a-7b.  The United States hereby intervenes in the Relator's action against both Defendants with respect to the Relator's first two allegations, namely that the Defendants submitted claims to Medicare for procedures that were not properly supervised by a physician and for procedures performed at a facility that lacked accreditation.  The United States declines to intervene as to Relator's kickback allegation.  The United States will file its Complaint against the Defendants within the one hundred and twenty-day time period following the filing of this Notice and serve its Complaint on the Defendants contemporaneously with its filing.

Although the United States declines to intervene as to the Relator's kickback allegation, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows Relator to maintain this action in the name of the United States, provided, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.*  The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the United States has the right only to a hearing when it objects to a settlement or dismissal of the action.  *U.S. ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 959 (9th Cir. 1995); *U.S. ex*

1. *rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723-25 (9th Cir. 1994). Therefore, the United States requests that, should Relator or the Defendants propose that the portion of the action in which the United States has declined to intervene be dismissed, settled, or otherwise discontinued, Relator and the Defendants will provide the United States with notice of the same and the Court will provide the United States with an opportunity to be heard before the Court rules or grants its approval.

The United States also reserves the right to seek the dismissal of the Relator's action or claim on any appropriate grounds, including under 31 U.S.C. §§ 3730(b)(5) and (e)(4).

Furthermore, pursuant to the "Stipulation *re* Unsealing" set forth below, the United States and the Relator request that the Relator's Complaint, this Notice, and the attached proposed Order be unsealed. All papers on file relating to the United States' motions for extensions of the intervention deadline and seal in this action, however, should remain under seal because, in discussing the content and extent of the United States' investigation, such papers were provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

Pursuant to 31 U.S.C. § 3730(c)(3), the United States also requests that, as to the part of the action in which the United States has declined to intervene, all pleadings filed in this action be served upon the United States and that all orders issued by the Court in this action be sent to counsel for the United States. The United States reserves its right to order any deposition transcripts. The United States also requests that it be served with all notices of appeal in this action.

A proposed order accompanies this notice.

Dated:  May 6, 2020    Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General, Civil Division
ANDY J. MAO
SARA McLEAN
Attorneys, Civil Division

_____
ARTHUR S. DI DIO
Senior Trial Counsel
Commercial Litigation Branch, Fraud Section
Civil Division
Attorneys for the United States of America

## STIPULATION *RE* UNSEALING

The United States and the Relator hereby stipulate as follows:

1. The Relator's Complaint, the United States' Notice of Election of Intervention, and this Order may be unsealed.

2. All other papers or orders on file in this matter should remain under seal.

3. The seal may be lifted on all matters occurring in this action after the date of this Order.

Dated: May 6, 2020      Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General, Civil Division
ANDY J. MAO
SARA McLEAN
Attorneys, Civil Division
United States Department of Justice
300 North Los Angeles Street
Federal Building 7516-110
Los Angeles, CA 90012
Tel: (213) 894-2447
Fax: (213) 307-5788
E-mail: Arthur.Di.Dio@usdoj.gov
Attorneys for the United States of America

_____
ARTHUR S. DI DIO
Senior Trial Counsel
Commercial Litigation Branch, Fraud Section
Civil Division

ROEMER & HARNIK LLP
_____
BRIAN S. HARNIK
Attorneys for Relator Syd Ackerman

PROOF OF SERVICE BY E-MAIL

I am over the age of 18 and not a party to the above-captioned action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On May 6, 2020, I served the NOTICE OF ELECTION OF THE UNITED STATES TO INTERVENE IN PART AND DECLINE TO INTERVENE IN PART AND STIPULATION RE UNSEALING on each person or entity named below by e-mail, pursuant to written consent under Federal Rule of Civil Procedure 5(b)(2)(E).

Date of e-mailing: May 6, 2020. Place of e-mailing: Los Angeles, CA.

Person(s) and/or Entity(s) to whom e-mailed:

Brian S. Harnik
Roemer and Harnik LLP
45-025 Manitou Drive
Indian Wells, CA 92210
bharnik@rhlawfirm.com

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 6, 2020, at Los Angeles, California.

*Carol M. Ybarra*
CAROL M. YBARRA