

FILED
CLERK, U.S. DISTRICT COURT

5/7/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ IV _____ DEPUTY

1  JOSEPH H. HUNT
   Assistant Attorney General, Civil Division
2  ANDY J. MAO
   SARA McLEAN
3  ARTHUR S. DI DIO
   Attorneys, Civil Division
4  United States Department of Justice
        Room 7516, Federal Building
5       300 N. Los Angeles Street
        Los Angeles, California 90012
6       T: 213.894.2447|F: 213.894.7819
        Email: arthur.di.dio@usdoj.gov
7
   Attorneys for United States of America
8
                    UNITED STATES DISTRICT COURT
9
               FOR THE CENTRAL DISTRICT OF CALIFORNIA
10
                          EASTERN DIVISION
11

12  UNITED STATES OF AMERICA *ex*      No. EDCV13-02195 JGB (DTBx)
    *rel.* **[UNDER SEAL]**,
13                                     ORDER ON [UNDER SEAL]
              Plaintiff[s],
14                                     [UNDER SEAL PURSUANT TO THE
                   v.                  FALSE CLAIMS ACT, 31 U.S.C. §§
15                                     3730(b)(2) AND (3)]
    **[UNDER SEAL]**,
16
              Defendant[s].
17

18

19

20

21

22

23

24

25

26

27

28

JOSEPH H. HUNT
Assistant Attorney General, Civil Division
ANDY J. MAO
SARA McLEAN
ARTHUR S. DI DIO
Attorneys, Civil Division
United States Department of Justice
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    T: 213.894.2447|F: 213.894.7819
    Email: arthur.di.dio@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* SYD ACKERMAN,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM M. KELLY, M.D., INC. & OMEGA IMAGING, INC.,<br><br>Defendants. | No. EDCV13-02195 JGB (DTBx)<br><br>ORDER ON NOTICE OF ELECTION OF THE UNITED STATES TO INTERVENE IN PART AND DECLINE TO INTERVENE IN PART AND STIPULATION RE UNSEALING<br><br>[UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)] |

1    The United States having intervened in part and declined to intervene in part in the

2  above-captioned action ("this action") pursuant to the False Claims Act, 31 U.S.C. §

3  3730(b)(4), and the United States and *qui tam* plaintiff Syd Ackerman ("Relator") having

4  stipulated to the unsealing of certain documents, the Court now orders as follows:

5         IT IS ORDERED that:

6    1.    The Relator's Complaint, the United States' Notice of Election of

7  Intervention, and this Order shall be unsealed.

8    2.    All other papers filed or lodged in this matter shall remain under seal.

9    3.    The seal shall be lifted on all matters occurring in this action after the date

10  of this Order.

11   4.    The United States shall file and serve its Complaint in Intervention upon

12  Defendants William M. Kelly, M.D., Inc. and Omega Imaging, Inc., together with this

13  Order, within 120 days of the filing of this Order.

14   5.    As to the part of the action in which the United States has declined to

15  intervene, the parties shall serve all pleadings, notices, motions, orders, and other papers

16  hereafter filed in that part of the action, including any supporting memoranda, upon the

17  United States, as provided for in 31 U.S.C. § 3730(c)(3).  The United States may order

18  any deposition transcripts and is entitled to intervene in that part of the action, for good

19  cause, at any time.

20   6.    Should the Relator or the Defendants propose that the part of the action in

21  which the United States has declined to intervene be dismissed, settled, or otherwise

22  discontinued, the Relator and the Defendants shall provide the United States with notice

23  of the same and the Court will provide the United States with an opportunity to be heard

24  before the Court rules or grants its approval.

25         IT IS SO ORDERED.

26  Dated:  May 7, 2020

27

28  _____
    UNITED STATES DISTRICT JUDGE